AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00142 |
| JUDGE ALSTON | ) Assigned To: Judge Upadhyaya. Moxila A. |
| also known as "Jr" | ) Assign. Date: 8/15/2025 |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 12, 2025  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Edward Bruton* (signature)

_Complainant's signature_

Edward Bruton, Officer, USMS
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  08/15/2025

_Judge's signature_

City and state:  Washington, DC           Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_