Case 1:25-mj-00142-MAU   Document 1-1

Case: 1:25-mj-00142
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/15/2025
Description: COMPLAINT W/ARREST WARRANT

Statement of Facts

On August 12, 2025, at approximately 21:30 hours, investigators with the United States Marshals Service (USMS) operating as part of the Executive Order 14252 Task Force were conducting high-visibility law enforcement operations in the area of the 3500 block of East Capitol Street NE, Washington, DC. USMS Senior Inspector (SI) Edward Bruton observed a black in color 2006 Chevy 300 sedan bearing Virginia License Plate UMJ6659 "double parked" along the 3500 block of East Capitol Street NE, Washington, DC. A query of the vehicle license plate conducted through the Washington Area Law Enforcement System (WALES) revealed the registrant of the vehicle to be ALSTON, Judge hereinafter referred to as ALSTON. The vehicle appeared to be off and occupied by solely by an individual in the driver's seat of the vehicle. The vehicle did not have any exterior lighting activated.

SI Bruton alerted other investigators of the USMS of the presence of the vehicle. USMS investigators were driving unmarked government vehicles equipped with emergency lights and sirens and dressed in casual clothing with outer ballistic vests bearing "Police" and "US Marshal" identifiers and insignia.

SI Bruton activated his emergency lights and approached the vehicle to make contact with the driver. The driver informed SI Bruton and SI Dugan he was waiting for someone from the building. Investigators requested the driver's identification, and the driver provided investigators with a D.C. Identification Card. ALSTON was sitting in the driver's seat of the vehicle with the keys to the vehicle in the ignition. There were no other occupants of the vehicle. ALSTON informed investigators that he did not possess a valid driver's license. ALSTON was asked to exit the vehicle and SI Bruton conducted a pat-down frisk of ALSTON for the safety of officers on-scene.

Investigators requested consent to search the vehicle and ALSTON verbally consented to the search. The consent to search was captured on body worn camera video. During a search of the vehicle, investigators discovered a black Taurus 24/7 G2C semiautomatic pistol .45 ACP with Serial Number NH023951 in the center console of the vehicle. The pistol contained one (1) round of ammunition in the chamber of the firearm and ten (10) rounds of ammunition in the magazine. The magazine had a total capacity of ten (10) rounds of ammunition.



ALSTON has a prior felony conviction in the United States District Court for the District of Columbia in Case Number 14-cr-113-RMC for Unlawful Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), an offense punishable by more than one year of imprisonment. ALSTON received a sentence of 60 months of incarceration. Accordingly, ALSTON would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Judge Alston with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

*Edward Bruton*

Officer Edward Bruton, #31420
United States Marshals Service

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 15, 2025.

Moxila A. Upadhyaya
United States Magistrate Judge